ACCEPTED
01-14-00904-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 12:27:30 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00904-CV

### IN THE COURT OF APPEALS
### FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 12:27:30 PM
CHRISTOPHER A. PRINE
Clerk

GRAMERCY ADVISORS LLC, GRAMERCY ASSET MANAGEMENT, LLC, GRAMERCY LOCAL MARKETS RECOVERY FUND LLC and GRAMERCY FINANCIAL SERVICES, LLC

*Appellants*

v.

R.K. LOWRY, JR., L-FALLING CREEK LLC, RUSSELL A. CHABAUD, R-RAC WIMBLEDON, LLC, JOHN P. MOFFITT, J-JASON LLC, RUSSELL A. CHABAUD, TRUSTEE OF THE RUSSELL G. CHABAUD 1999 INVESTMENT TRUST, R-ASHLEY WIMBLEDON, LLC, RUSSELL A. CHABAUD, TRUSTEE OF THE AUDRY CHABAUD 1999 INVESTMENT TRUST, R-AUDREY WIMBLEDON, LLC, LMC RECOVERY FUND, LLC, UNION GAS FUNDING I, L.P., RANA HOLDINGS, LLC, WESTY I LLC, AND MOGI, LLC,

*Appellees.*

Appeal From The District Court of Harris County
80th District Court
Trial Cause No. 2008-74262

### SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF BY APPELLANTS GRAMERCY ADVISORS LLC, GRAMERCY ASSET MANAGEMENT, LLC, GRAMERCY LOCAL MARKETS RECOVERY FUND LLC and GRAMERCY FINANCIAL SERVICES, LLC

MHDocs 5901773_1 10862.1

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Appellants Gramercy Advisors LLC, Gramercy Asset Management, LLC, Gramercy Local Markets Recovery Fund LLC and Gramercy Financial Services, LLC (collectively, "Gramercy") submit this unopposed motion to extend the time for filing their appellate brief in this matter.

1.     The deadline for Gramercy to file its brief is currently January 21, 2015.

2.     Gramercy respectfully requests a 12-day extension of time, until February 2, 2015, to file its appellate brief.

3.     Gramercy requests this second extension because the parties have not yet been able to obtain a copy of the Clerk's Record or the Reporter's Record (collectively, the "Record"). The Record was filed in this Court under seal pursuant to the 80th District Court's Sealing Order dated June 20, 2014. Gramercy's request for a copy of the Record was denied because no Order or other similar instrument authorizes release of the Record to any of the parties. The parties need a copy of the Record so they can properly prepare citations in their respective appellate briefs. To obtain a copy, the parties have filed an agreed request on January 15, 2015, in the 80th District Court for entry of an order granting the parties access to these documents. Once that order is signed, the

2

parties will then file an agreed request with the Harris County District Clerk asking him to supplement the Record with the order authorizing the parties to obtain a copy of the Record. A second extension of time is necessary to ensure this process's timely completion and so Gramercy may properly prepare its citations.

4. Gramercy has requested only one time extension in this matter, which this Court granted. This extension is not sought for the purpose of delay, but so that Gramercy can thoroughly brief the issues before the Court.

5. Appellees' counsel does not object to the relief sought herein.

FOR THE FOREGOING REASONS, Gramercy respectfully requests that this Court grant a 12-day extension of time, extending Gramercy's deadline until February 2, 2015, or, alternatively, grant such other and further relief as it shall deem just and proper.

Respectfully submitted,

By: David C. Mattka

3

David C. Mattka (TSB No. 13231500)
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
(512) 391-6100 (telephone)
(512) 391-6149 (facsimile)
E-mail: dmattka@munsch.com

Daniel M. Hibshoosh (*pro hac vice*, pending)
O'SHEA PARTNERS LLP
521 Fifth Avenue
25th Floor
New York, New York 10175
Tel: (212) 682-4426
Fax: (212) 682-4437
E-mail: dhibshoosh@osheapartners.com

MHDocs 5901773_1 10862.1

## CERTIFICATE OF CONFERENCE

I certify that I conferred via e-mail correspondence with W. Ralph Canada, Jr., lead counsel for Appellees, on January 14th and 15th of 2015 and that Appellees do not oppose this Second Unopposed Motion to Extend Time to File Appellants' Brief.

Christopher M. Jordan (TSB No. 24087817)

## CERTIFICATE OF SERVICE

As required by Texas rule of Appellate Procedure 6.3 and 9.5, I hereby certify that on January 15, 2015, I served this document via e-filing and e-mail on the following:

W. Ralph Canada, Jr.
ralphc@lfdlaw.com
David R. Deary
davidd@lfdlaw.com
Wilson Wray
wilsonw@lfdlaw.com
Tyler Simpson
tylers@lfdlaw.com
Loewinsohn Flegel Deary, LLP
12377 Merit Drive, Suite 900
Dallas, Texas 75251
*Attorneys for Appellees*

David C. Mattka

5